IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shawn C. Carpenter,                          :

              Plaintiff          :          Civil Action 2:12-cv-00315

    v.                                    :          Judge Smith

Westbank Harbor Services, Inc.,              :          Magistrate Judge Abel

             Defendant        :

## ORDER

The parties' July 12, 2012 joint motion to appear telephonically at the preliminary pretrial conference (doc. 13) is GRANTED.


                                    s/ Mark R. Abel
                                    United States Magistrate Judge