IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Shawn C. Carpenter, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0315 |
| v. | : | Judge Smith |
| Westbank Harbor Service, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Order Cancelling Settlement Week Mediation

On November 8, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for December 12, 2012 at 1:30 p.m. be cancelled.  Insufficient discovery has been taken to permit a meaningful mediation. Counsel are in the process of scheduling six fact witness depositions for December, and defendant's counsel is setting up a defense medical examination of Mr. Carpenter. Counsel believe that the parties will be in a position to mediate in March 2013 Settlement Week.  The December 2012 Settlement Week mediation is CANCELLED.

The scheduling order is AMENDED to provide that all discovery must be completed by **March 1, 2013.** Defendant's medical expert's Rule 26(a)(2) report must be served no later than **March 1, 2013.** Any case-dispositive motions must be filed on or before **April 15, 2013.** This case will be noticed for the March 2013 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Craig Woods, 2000 Huntington Center, 41 S. High St., Columbus, OH 43215.

s/Mark R. Abel
United States Magistrate Judge
