IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shawn C. Carpenter,                          :

               Plaintiff           :        Civil Action 2:12-cv-00315

      v.                                      :        Judge Smith

Westbank Harbor Services, Inc.,              :        Magistrate Judge Abel

              Defendant           :

## ORDER

Counsel has reported that the Settlement Week mediation has been rescheduled for July 3, 2013 at mediator John Petro's office.

s/Mark R. Abel
United States Magistrate Judge